```
                                                FILED
                                             2007 DEC 14 PM 2:20
                                           CLERK US DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                           BY_____KNK_____DEPUTY
```

1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America

8             UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Case No. **'07 CV 2342 LAB JMA** |
| 11 | Plaintiff, ) | |
| 12 | v. ) | NOTICE OF LIS PENDENS AS TO 1228 CORTE BELLO, SAN MARCOS, CA |
| 13 | ONE RESIDENTIAL PROPERTY ) | |
| 14 | LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ) | |
| 15 | ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, ) | |
| 16 | ONE RESIDENTIAL PROPERTY ) | |
| 17 | LOCATED AT 681 DOUGLAS AVENUE, SAN MARCOS, CA, AND ALL ) | |
| 18 | IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, ) | |
| 19 | ONE RESIDENTIAL PROPERTY ) | |
| 20 | LOCATED AT 1228 CORTE BELLO, SAN MARCOS CA, AND ALL ) | |
| 21 | IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, ) | |
| 22 | Defendants. ) | |

**OWNERS OF RECORD: MELECIO AND ERLINDA COSTALES**

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at **1228 Corte Bello, San Marcos, CA**, and appurtenances affixed thereto. The defendant property is more particularly described as:

1                     ASSESSOR'S PARCEL NO. 218-400-16

2    LOT 16 OF SAN MARCOS TRACT NO. 302, PALOMA - AREA 13, UNIT NO. 1, IN THE CITY OF SAN MARCOS, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THERE OF NO. 12262, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 10, 1988.

EXCEPT THERE FROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEEDS OF RECORD.

      The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.

      The owners of record of the above-described property are Melecio and Erlinda Costales.

      BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: December 14, 2007

                                    KAREN P. HEWITT
                                    United States Attorney

                                    DAVID M. McNEES
                                    Special Assistant U.S. Attorney

```
1                        UNITED STATES DISTRICT COURT
2                      SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 30220 COOL VALLEY ) | |
| LANE, VALLEY CENTER, CA, AND ) | |
| ALL IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO, ) | |
| et al. ) | |
| Defendants. ) | |

STATE OF CALIFORNIA )
      ss. )
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to:

| | |
|---|---|
| Melecio Costales | Erlinda Costales |
| 1228 Corte Bello | 1511 Maxwell Lane |
| San Marcos CA 92069-1355 | Vista CA 92084-3465 |

These are the last known addresses, at which places there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2007.

_____
MARY I. APGAR