```
                                                    FILED

 1  KAREN P. HEWITT                              2007 DEC 14  PM 2: 18
    United States Attorney
 2  DAVID M. McNEES                              CLERK US DISTRICT COURT
    Special Assistant U.S. Attorney              SOUTHERN DISTRICT OF CALIFORNIA
 3  California State Bar No. 216612
    Federal Office Building                      BY_____KNW_____DEPUTY
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **07 CV 2342 LAB JMA** |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF LIS PENDENS AS TO 681 DOUGLAS AVENUE, SAN MARCOS, CA |
| ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 681 DOUGLAS AVENUE, SAN MARCOS, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 1228 CORTE BELLO, SAN MARCOS CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | ) | |
| Defendants. | ) | |

**OWNERS OF RECORD: REX AND KRYSTIN COSTALES**

PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District Court for the Southern District of California which involves title to One Residential Property Located at **681 Douglas Avenue, San Marcos, CA**, and appurtenances affixed thereto. The defendant property is more particularly described as:

| | |
|---|---|
| 1 | ASSESSOR'S PARCEL NO. 226-500-44-00 |
| 2 | LOT 71 OF LANCER PARK UNIT NO. 4, IN THE CITY OF SAN MARCOS, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 7437, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 15, 1972. |

The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.

The owners of record of the above-described property are Rex and Krystin Costales.

BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: December 14, 2007

KAREN P. HEWITT
United States Attorney

*David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, et al. | |
| Defendants. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA  )
              ss.   )
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to Rex and Krystin Costales, 681 Douglas Avenue, San Marcos CA 92069-2221.

This is the last known address, at which place there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2007.

MARY I. APGAR