```
 1  KAREN P. HEWITT                                    FILED
    United States Attorney
 2  DAVID M. McNEES                              2007 DEC 14  PM 2: 20
    Special Assistant U.S. Attorney
 3  California State Bar No. 216612               CLERK US DISTRICT COURT
    Federal Office Building                     SOUTHERN DISTRICT OF CALIFORNIA
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893             BY_____DEPUTY
 5  Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America

 8                      UNITED STATES DISTRICT COURT

 9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No.  07 CV 2342 LAB JMA
                                       )
11           Plaintiff,                )
                                       )  NOTICE OF LIS PENDENS AS TO
12       v.                            )  30220 COOL VALLEY LANE,
                                       )  VALLEY CENTER, CA
13  ONE RESIDENTIAL PROPERTY           )
    LOCATED AT 30220 COOL VALLEY       )
14  LANE, VALLEY CENTER, CA, AND       )
    ALL IMPROVEMENTS AND               )
15  APPURTENANCES AFFIXED THERETO,     )
                                       )
16  ONE RESIDENTIAL PROPERTY           )
    LOCATED AT 681 DOUGLAS AVENUE,     )
17  SAN MARCOS, CA, AND ALL            )
    IMPROVEMENTS AND                   )
18  APPURTENANCES AFFIXED THERETO,     )
                                       )
19  ONE RESIDENTIAL PROPERTY           )
    LOCATED AT 1228 CORTE BELLO,       )
20  SAN MARCOS CA, AND ALL             )
    IMPROVEMENTS AND                   )
21  APPURTENANCES AFFIXED THERETO,     )
                                       )
22           Defendants.               )
                                       )
23  _____)

24           **OWNER OF RECORD:  REX COSTALES**

25           PLEASE TAKE NOTICE that a civil lawsuit is now pending in the United States District

26  Court for the Southern District of California which involves title to One Residential Property

27  Located at **30220 Cool Valley Lane, Valley Center, CA**, and appurtenances affixed thereto. The

28  defendant property is more particularly described as:
```

ASSESSORS PARCEL NO. 133-390-12-00

PARCEL A:

PARCEL 3 OF PARCEL MAP NO. 6612, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORD OF SAN DIEGO COUNTY, DECEMBER 01, 1977 AS INSTRUMENT NO. 77-496997 OF OFFICIAL RECORDS, BEING A PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER AND A PORTION OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 33, TOWNSHIP 10 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA.

PARCEL B:

AN EASEMENT FOR INGRESS AND EGRESS FOR ROAD AND PUBLIC UTILITY PURPOSES, TOGETHER WITH THE RIGHT TO CONVEY TO OTHERS FOR ANY FUTURE DIVISIONS OF SAID LAND INCLUDING BUT NOR LIMITED TO SAN DIEGO GAS AND ELECTRIC COMPANY OVER, UNDER, ALONG AND ACROSS THOSE PORTIONS OF PARCELS 1, 2 AND 4 OF PARCEL MAP 5018, DESIGNATED AS "PROPOSED 60 FOOT PRIVATE ROAD AND UTILITY EASEMENT" AS SHOWN AND DELINEATED ON SAID PARCEL MAP NO. 5018.

PARCEL C:

AN EASEMENT FOR INGRESS, EGRESS, ROAD AND PUBLIC UTILITY PURPOSE TOGETHER WITH THE RIGHT TO CONVEY TO OTHERS FOR ANY FUTURE DIVISIONS OF SAID LAND INCLUDING BUT NOT LIMITED TO SAN DIEGO GAS AND ELECTRIC COMPANY OVER, UNDER, ALONG AND ACROSS THE SOUTHERLY 40.00 FEET OF PARCEL 4 OF PARCEL MAP NO. 5018, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AS FILE IN THE OFFICE OF SAID SAN DIEGO COUNTY RECORDER ON AUGUST 19, 1976 AS INSTRUMENT NO. 76-269671, OF OFFICIAL RECORDS.

PARCEL D:

AN EASEMENT FOR INGRESS, EGRESS, ROAD AND PUBLIC UTILITY PURPOSES OVER, UNDER, ALONG AND ACROSS THE WESTERLY 40.00 FEET OF PARCEL 4 OF PARCEL MAP NO. 2282, ACCORDING TO THE MAP FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA, ON JANUARY 24, 1974.

PARCEL E:

AN EASEMENT FOR INGRESS, EGRESS, ROAD AND PUBLIC UTILITY PURPOSES TOGETHER WITH THE RIGHT TO CONVEY TO OTHERS FOR ANY FUTURE DIVISION OF SAID LAND INCLUDING BUT NOT LIMITED TO SAN DIEGO GAS AND ELECTRIC COMPANY OVER, UNDER, ALONG AND ACROSS THOSE PORTIONS OF PARCELS 1, 2 AND 4 OF PARCEL MAP 6612, DESIGNATED AS "PROPOSED 40.00 FOOT PRIVATE ROAD AND UTILITY EASEMENT" AS SHOWN AND DELINEATED ON SAID PARCEL MAP NO. 6612.

1 | The general object of the lawsuit is to forfeit to the United States the defendant property in that said property had been used, was being used, or was intended to be used to facilitate drug trafficking in violation of Title 21, United States Code, Section 881(a)(7); said forfeiture proceeding pending in the United States District Court for the Southern District of California.

The owner of record of the above-described property is Rex Costales.

BE ADVISED THAT upon the entry of an Order of Forfeiture in favor of the United States, all right, title and interest in said property shall vest in the United States upon commission of the act giving rise to the forfeiture.

DATED: December 14, 2007

KAREN P. HEWITT
United States Attorney

*/s/ David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, et al. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

STATE OF CALIFORNIA  )
                ss.  )
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, San Diego, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I caused to be mailed by United States certified mail a copy of Notice of Lis Pendens, addressed to Rex Costales, 681 Douglas Avenue, San Marcos CA 92069-2221.

This is the last known address, at which place there is delivery service of certified mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2007.

*/s/ Mary I. Apgar*
MARY I. APGAR