Page, Lobo, Costales & Preston, APC
Randall T. Page (#153684)
8989 Rio San Diego Drive, Suite 325
San Diego, CA 92108
Telephone No.: (619)542-8400
Facsimile No.: (619)542-8444

Attorney for Claimant, Rex Costales

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 681 DOUGLAS AVENUE, SAN MARCOS, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 1228 CORTE BELLO, SAN MARCOS, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>Defendants. | CASE NO.: 07CV2342LABJMA<br><br>CLAIM OF REX COSTALES |

Pursuant to Rule C(6) of the Supplemental Rules, Federal Rules of Civil Procedure, I, REX COSTALES, hereby demand the return and restitution of the defendant property, and claim the right

///

///

///

07-CV-2342-LAB-JMA

1 | to defend this action as an individual with an ownership interest in said property.

2 |     I declare under penalty of perjury the foregoing is true and correct.

3 |     Executed this __19__ day of January, 2008, at San Diego, CA.

                                                */s/ Rex Costales*
                                              REX COSTALES, Claimant

07-CV-2342-LAB-JMA

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed with the law firm of PAGE, LOBO, COSTALES & PRESTON, A.P.C., whose address is 24910 Las Brisas Road, Suite 102 Murrieta, CA 92562. I am over the age of eighteen, and I am not a party to this action.

On January 22, 2008, I caused service of the Claim of Rex Costales on the following parties be electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said parties:

1. Karen P. Hewitt, United States Attorney, Attorney for Plaintiff
2. David M. McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff

Date: January 22, 2008

_____
REBEKAH BRASEE

07-CV-2342-LAB-JMA