1  Page, Lobo, Costales & Preston, APC
   Randall T. Page (#153684)
2  8989 Rio San Diego Drive, Suite 325
   San Diego, CA 92108
3  Telephone No.: (619)542-8400
   Facsimile No.:  (619)542-8444

4

5  Attorney for Claimant, Erlinda Costales

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            )    CASE NO.: 07CV2342LABJMA
                                         )
11                Petitioner,            )
                                         )    CLAIM OF ERLINDA COSTALES OLIVAR
12        v.                             )
                                         )
13  ONE RESIDENTIAL PROPERTY             )
    LOCATED AT 30220 COOL VALLEY         )
14  LANE, VALLEY CENTER, CA, AND         )
    ALL IMPROVEMENTS AND                 )
15  APPURTENANCES AFFIXED THERETO,)
                                         )
16  ONE RESIDENTIAL PROPERTY             )
    LOCATED AT 681 DOUGLAS AVENUE, )
17  SAN MARCOS, CA, AND ALL              )
    IMPROVEMENTS AND                     )
18  APPURTENANCES AFFIXED THERETO,)
                                         )
19  ONE RESIDENTIAL PROPERTY             )
    LOCATED AT 1228 CORTE BELLO,         )
20  SAN MARCOS, CA, AND ALL              )
    IMPROVEMENTS AND                     )
21  APPURTENANCES AFFIXED THERETO,)
                                         )
22                Defendants.            )
                                         )
23  _____)

24        Pursuant to Rule C(6) of the Supplemental Rules, Federal Rules of Civil Procedure, I,

25  ERLINDA COSTALES OLIVAR, hereby demand the return and restitution of the defendant

26  property, and

27  / / /

28  / / /

07-CV-2342-LABSMA

1  claim the right to defend this action as an individual with an ownership interest in said property.

2      I declare under penalty of perjury the foregoing is true and correct.

3      Executed this 19 day of January, 2008, at San Diego, CA.

4

5                  ERLINDA COSTALES, Claimant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

     I am employed with the law firm of PAGE, LOBO, COSTALES & PRESTON, A.P.C., whose address is 24910 Las Brisas Road, Suite 102 Murrieta, CA 92562.  I am over the age of eighteen, and I am not a party to this action.

     On January 22, 2008, I caused service of the Claim of Erlinda Costales Olivar on the following parties be electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said parties:

     1. Karen P. Hewitt, United States Attorney, Attorney for Plaintiff

     2. David M. McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff


Date: January 22, 2008

                                      REBEKAH BRASEE

07-CV-2342-LAB-JMA