1  Page, Lobo, Costales & Preston, APC
   Randall T. Page (#153684)
2  8989 Rio San Diego Drive, Suite 325
   San Diego, CA 92108
3  Telephone No.: (619)542-8400
   Facsimile No.: (619)542-8444
4
5  Attorney for Claimant, Rex Costales
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )  CASE NO.: 07CV2342LABJMA
                                        )
11 |        Petitioner,                 )
                                        )  CLAIM OF REX COSTALES
12 |   v.                               )
                                        )
13 | ONE RESIDENTIAL PROPERTY           )
     LOCATED AT 30220 COOL VALLEY       )
14 | LANE, VALLEY CENTER, CA, AND       )
     ALL IMPROVEMENTS AND               )
15 | APPURTENANCES AFFIXED THERETO,)
                                        )
16 | ONE RESIDENTIAL PROPERTY           )
     LOCATED AT 681 DOUGLAS AVENUE,     )
17 | SAN MARCOS, CA, AND ALL            )
     IMPROVEMENTS AND                   )
18 | APPURTENANCES AFFIXED THERETO,)
                                        )
19 | ONE RESIDENTIAL PROPERTY           )
     LOCATED AT 1228 CORTE BELLO,       )
20 | SAN MARCOS, CA, AND ALL            )
     IMPROVEMENTS AND                   )
21 | APPURTENANCES AFFIXED THERETO,)
                                        )
22 |        Defendants.                 )
                                        )
23

24        Pursuant to Rule C(6) of the Supplemental Rules, Federal Rules of Civil Procedure, I, REX

25 COSTALES, hereby demand the return and restitution of the defendant property, and claim the right

26 / / /

27 / / /

28 / / /

07-CV-2342-LAB-JMA

1 to defend this action as an individual with an ownership interest in said property.

2     I declare under penalty of perjury the foregoing is true and correct.

3     Executed this 19 day of January, 2008, at San Diego, CA.

                                                    REX COSTALES, Claimant

07-CV-2342-LAB-JMA

1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

3     I am employed with the law firm of PAGE, LOBO, COSTALES & PRESTON, A.P.C., whose
4 address is 24910 Las Brisas Road, Suite 102 Murrieta, CA 92562. I am over the age of eighteen, and
5 I am not a party to this action.

6     On January 22, 2008, I caused service of the Claim of Rex Costales on the following parties
7 be electronically filing the foregoing with the Clerk of the District Court using its ECF System, which
8 electronically notifies said parties:

9     1. Karen P. Hewitt, United States Attorney, Attorney for Plaintiff
10     2. David M. McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff

11

12 Date: January 22, 2008                              _____
                                                                       REBEKAH BRASEE

07-cv-2342-LAB-JMA