1  Page, Lobo, Costales & Preston, APC
   Randall T. Page (#153684)
2  8989 Rio San Diego Drive, Suite 325
   San Diego, CA 92108
3  Telephone No.: (619)542-8400
   Facsimile No.: (619)542-8444
4

5  Attorney for Claimant, Rex Costales

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              )    CASE NO.: 07CV2342LABJMA
                                          )
11         Petitioner,                    )
                                          )    ANSWER TO COMPLAINT FOR
12    v.                                  )    FORFEITURE AND DEMAND
                                          )    FOR JURY TRIAL
13 ONE RESIDENTIAL PROPERTY               )
   LOCATED AT 30220 COOL VALLEY           )
14 LANE, VALLEY CENTER, CA, AND           )
   ALL IMPROVEMENTS AND                   )
15 APPURTENANCES AFFIXED THERETO,)
                                          )
16 ONE RESIDENTIAL PROPERTY               )
   LOCATED AT 681 DOUGLAS AVENUE, )
17 SAN MARCOS, CA, AND ALL                )
   IMPROVEMENTS AND                       )
18 APPURTENANCES AFFIXED THERETO,)
                                          )
19 ONE RESIDENTIAL PROPERTY               )
   LOCATED AT 1228 CORTE BELLO,           )
20 SAN MARCOS, CA, AND ALL                )
   IMPROVEMENTS AND                       )
21 APPURTENANCES AFFIXED THERETO,)
                                          )
22         Defendants.                    )
                                          )
23 _____ )

24         COMES NOW the Claimant, REX COSTALES, and in answer to Plaintiff's Complaint for

25 Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

26         1.    Claimant admits the allegations contained in Paragraph 1 of the Complaint for

27 Forfeiture.

28         2.    Claimant denies each and every allegations set forth in Paragraph 2 of the Complaint

1  for Forfeiture in the conjunctive as well as the disjunctive.

2      3.    Claimant denies each and every allegations set forth in Paragraph 3 of the Complaint
3  for Forfeiture in the conjunctive as well as the disjunctive.

4      4.    Answering Paragraph 4 of the Complaint for Forfeiture, Claimant has no information
5  or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on
6  that ground, denies each and every allegation contained therein in the conjunctive as well as the
7  disjunctive.

8      5.    Claimant denies each and every allegations set forth in Paragraph 6 of the Complaint
9  for Forfeiture in the conjunctive as well as the disjunctive.

10      6.    Claimant denies each and every allegations set forth in Paragraph 7 of the Complaint
11  for Forfeiture in the conjunctive as well as the disjunctive.

12      7.    Claimant denies each and every allegations set forth in Paragraph 8 of the Complaint
13  for Forfeiture in the conjunctive as well as the disjunctive.

14      8.    Answering Paragraph 9 of the Complaint for Forfeiture, Claimant has no information
15  or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on
16  that ground, denies each and every allegation contained therein in the conjunctive as well as the
17  disjunctive.

18      9.    Claimant denies each and every allegations set forth in Paragraph 11 of the Complaint
19  for Forfeiture in the conjunctive as well as the disjunctive.

20      10.    Claimant denies each and every allegations set forth in Paragraph 12 of the Complaint
21  for Forfeiture in the conjunctive as well as the disjunctive.

22      11.    Claimant denies each and every allegations set forth in Paragraph 13 of the Complaint
23  for Forfeiture in the conjunctive as well as the disjunctive.

24      12.    Answering Paragraph 14 of the Complaint for Forfeiture, Claimant has no information
25  or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on
26  that ground, denies each and every allegation contained therein in the conjunctive as well as the
27  disjunctive.

28      13.    Claimant denies each and every allegations set forth in Paragraph 16 of the Complaint

for Forfeiture in the conjunctive as well as the disjunctive.

14. Claimant denies each and every allegations set forth in Paragraph 17 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

15. Claimant denies each and every allegations set forth in Paragraph 18 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

16. Answering Paragraph 19 of the Complaint for Forfeiture, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges the subject Amended Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant property.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges Plaintiff lacked probable cause for the institution of this forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges that the searches which led to this forfeiture action, including but not limited to any electronic surveillance utilized in the investigation leading to said forfeiture action, violated the Fourth Amendment to the United States Constitution.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law,

1 | Claimant demands a trial by jury in connection with the subject action.

2 |     WHEREFORE, Claimant prays for judgment as follows:

3 |     1.    That the Complaint for Forfeiture be dismissed with prejudice;

4 |     2.    That the subject property be returned to Claimant;

5 |     3.    For reasonable attorney's fees herein and costs of suit; and

6 |     4.    For such other and further relief as the Court may deem just.

7 | DATED: 1-19-08

8 |                                    RANDALL T. PAGE, ESQ.

9 |                                    Attorney for Claimant
10 |                                    REX COSTALES

07-CV-2342-LAB-JMA

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

     I am employed with the law firm of PAGE, LOBO, COSTALES & PRESTON, A.P.C., whose address is 24910 Las Brisas Road, Suite 102 Murrieta, CA 92562. I am over the age of eighteen, and I am not a party to this action.

     On January 22, 2008, I caused service of the Answer to Complaint for Forfeiture and Demand for Jury Trial on the following parties be electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said parties:

     1. Karen P. Hewitt, United States Attorney, Attorney for Plaintiff

     2. David M. McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff

Date: January 22, 2008

                                                       REBEKAH BRASEE

07-CV-2342-LAB-JMA