Michael S. Pedretti, # 157635
Law Offices of Michael S. Pedretti
406 Ninth Avenue, # 303
San Diego, CA 92101
Tel: (619) 531-8808
Fax: (619) 236-1813
Email: Mikelaw@jps.net

Attorney for Claimant, Melecio Costales

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 07CV2342LABJMA |
| Petitioner, ) | |
| ) | ANSWER TO COMPLAINT FOR |
| v. ) | FORFEITURE AND DEMAND |
| ) | FOR JURY TRIAL |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 30220 COOL VALLEY ) | |
| LANE, VALLEY CENTER, CA, AND ) | |
| ALL IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 681 DOUGLAS AVENUE, ) | |
| SAN MARCOS, CA, AND ALL ) | |
| IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 1228 CORTE BELLO, ) | |
| SAN MARCOS, CA, AND ALL ) | |
| IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the Claimant, MELECIO COSTALES, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

1.    Claimant admits the allegations contained in Paragraph 1 of the Complaint for Forfeiture.

2.    Claimant denies each and every allegation set forth in Paragraph 2 of the Complaint

for Forfeiture in the conjunctive as well as the disjunctive.

3. Claimant denies each and every allegation set forth in Paragraph 3 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

4. Answering Paragraph 4 of the Complaint for Forfeiture, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

6. Claimant denies each and every allegation set forth in Paragraph 6 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

7. Claimant denies each and every allegation set forth in Paragraph 7 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

8. Claimant denies each and every allegation set forth in Paragraph 8 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

9. Answering Paragraph 9 of the Complaint for Forfeiture, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

10. Claimant denies each and every allegation set forth in Paragraph 11 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

11. Claimant denies each and every allegation set forth in Paragraph 12 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

12. Claimant denies each and every allegation set forth in Paragraph 13 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

13. Answering Paragraph 14 of the Complaint for Forfeiture, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

14. Claimant denies each and every allegation set forth in Paragraph 16 of the Complaint

for Forfeiture in the conjunctive as well as the disjunctive.

15.    Claimant denies each and every allegation set forth in Paragraph 17 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

16.    Claimant denies each and every allegation set forth in Paragraph 18 of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

17.    Answering Paragraph 19 of the Complaint for Forfeiture, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges the subject Amended Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant property.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges Plaintiff lacked probable cause for the institution of this forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint for Forfeiture, Claimant alleges that the searches which led to this forfeiture action, including but not limited to any electronic surveillance utilized in the investigation leading to said forfeiture action, violated the Fourth Amendment to the United States Constitution.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law, Claimant demands a trial by jury in connection with the subject action.

WHEREFORE, Claimant prays for judgment as follows:

1. That the Complaint for Forfeiture be dismissed with prejudice;
2. That the subject property be returned to Claimant;
3. For reasonable attorney's fees herein and costs of suit; and
4. For such other and further relief as the Court may deem just.

DATED: 01/23/2008

S/Michael S. Pedretti
Michael S. Pedretti
Attorney for Claimant Melecio Costales