```
 1  Michael S. Pedretti #157635
    Law Offices of Michael S. Pedretti, A.P.C.
 2  406 9th Ave., #303
    San Diego, CA  92101
 3  Tel: (619)531-8808
    Fax: (619)236-1813
 4  Email: Mikelaw@jps.net

 5  Attorney for Claimant, Melecio Costales

 6
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 07CV2342LABJMA |
|       Petitioner, ) | |
|    v. ) | CLAIM OF MELECIO COSTALES |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 30220 COOL VALLEY ) | |
| LANE, VALLEY CENTER, CA, AND ) | |
| ALL IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 681 DOUGLAS AVENUE,) | |
| SAN MARCOS, CA, AND ALL ) | |
| IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 1228 CORTE BELLO, ) | |
| SAN MARCOS, CA, AND ALL ) | |
| IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
|       Defendants. ) | |

Pursuant to Rule C(6) of the Supplemental Rules, Federal Rules of Civil Procedure, I, MELECIO COSTALES, hereby demand the return and restitution of the defendant property, and

1  claim the right to defend this action as an individual with an
2  ownership interest in said property.
3      I declare under penalty of perjury the foregoing is true
4  and correct.
5      Executed this 23 day of January, 2008, at San Diego, CA.

                                            */s/ Melecio Costales*
                                            Melecio Costales, Claimant