# Declaration of Service

## Case Number 07-cv-2342 LAB JMA

I, Patricia Mendoza, state I am over the age of eighteen and that on this date, January 23, 2008, I served the following:

## Answer to Complaint for Forfeiture and Demand for Jury Trial

By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California on January 23, 2008.

Karen P. Hewitt
United States Attorney
David McNees
Special Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101

Excuted on January 23, 2008

*P Mendo*
Patricia Mendoza