UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, etc., et al.,<br><br>              Defendants. | Case No. 07-CV-2342-LAB (JMA)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING TELEPHONIC EARLY NEUTRAL EVALUATION** |

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference previously scheduled to be held on February 29, 2008 at 10:00 a.m. is hereby VACATED.  Instead, Magistrate Judge Adler will conduct a **telephonic** Early Neutral Evaluation Conference on **March 28, 2008** at **9:30 a.m.**  Counsel only shall appear for the conference, and the Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: February 15, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2342