UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, etc., et al.,<br><br>        Defendants. | Case No. 07-CV-2342-LAB (JMA)<br><br>**ORDER CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Due to a conflict in the Court's calendar, the telephonic Case Management Conference scheduled to take place on June 2, 2008 at 9:30 a.m. is hereby VACATED. Instead, Judge Adler will conduct a telephonic Case Management Conference on **June 3, 2008** at **9:30 a.m.** Counsel only shall appear for the conference, and the Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: April 15, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2342