UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CV-2342-LAB (JMA) |
| Plaintiff, | **ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, etc., et al., | |
| Defendants. | |

A Case Management Conference was held on June 3, 2008 at 9:30 a.m. Counsel for the parties informed the Court that the case has settled. The attorneys shall appear for a telephonic Settlement Disposition Conference on **August 7, 2008** at **9:00 a.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED: June 3, 2008

_____
Jan M. Adler
U.S. Magistrate Judge