UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CV-2342-LAB (JMA) |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING TELEPHONIC** |
| ) | **SETTLEMENT DISPOSITION** |
| v. ) | **CONFERENCE** |
| ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 30220 COOL VALLEY ) | |
| LANE, VALLEY CENTER, CA, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    At the request of counsel, the telephonic Settlement Disposition Conference previously scheduled to be held on August 7, 2008 at 9:00 a.m. is hereby VACATED. Instead, the attorneys shall appear for a telephonic Settlement Disposition Conference on **August 27, 2008** at **4:00 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.  <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED:  August 6, 2008

_____
Jan M. Adler
U.S. Magistrate Judge