FROM Page, Lobo & Costales 19518004510           (WED)AUG 27 2008  8:58/ST. 8:58/No. 7500000560 P 2

```
 1  KAREN P. HEWITT
    United States Attorney
 2  DAVID M. McNEES
    Special Assistant U.S. Attorney
 3  California State Bar No. 216612
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07cv02342-LAB(JMA) |
| Plaintiff, | JOINT MOTION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE COMPLAINT FOR FORFEITURE |
| v. | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 681 DOUGLAS AVENUE, SAN MARCOS, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 1228 CORTE BELLO, SAN MARCOS CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| Defendants. | |

The United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant U.S. Attorney, and the claimants, Wilshire Credit Corporation, through its attorney of record, Timothy M. Ryan; Rex Costales and Erlinda Costales, through their attorney of record, Randall T. Page; and Melicio Costales, through his

//

attorney of record, Michael S. Pedretti, ("Claimants"), enter into this joint motion and stipulate as follows:

1. The parties have agreed that the Complaint for Forfeiture should be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P.

2. The above-captioned One Residential Property Located at 30220 Cool Valley Lane, Valley Center, CA, defendant, shall be returned to Claimant Wilshire Credit Corporation, through its attorney of record, Timothy M. Ryan.

3. The above-captioned One Residential Property Located at 681 Douglas Avenue, San Marcos, CA, defendant, shall be returned to Claimant Rex Costales, through his attorney of record, Randall T. Page.

4. The above-captioned One Residential Property Located at 1228 Corte Bello, San Marcos, CA, defendant, shall be returned to Claimants Erlinda Costales Olivar and Melecio Costales, through their respective attorneys of record Randall T. Page and Michael S. Pedretti.

5. Each party shall bear its own costs and expenses, including attorney fees.

6. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimants agree that by entering into this stipulation, they have not "substantially prevailed" within the meaning of 28 U.S.C. § 2465.

7. The claimants, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendants.

//
//
//

| | |
|---|---|
| 1 | 5.  Following Claimants' retrieval of the defendants, this case shall be closed. |
| 2 | |
| 3 | DATED: August 25, 2008 |
| 4 | KAREN P. HEWITT<br>United States Attorney |
| 5 | |
| 6 | s/David M. McNees |
| 7 | DAVID M. McNEES<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff |
| 8 | United States of America<br>E-mail: david.mcnees@usdoj.gov |
| 9 | |
| 10 | DATED: 8/27/08 |
| 11 | TIMOTHY M. RYAN<br>Attorney for Claimant Wilshire Credit |
| 12 | Corporation |
| 13 | DATED: 8/26/08 |
| 14 | REX COSTALES<br>Claimant |
| 15 | |
| 16 | DATED: 8/26/08 |
| 17 | ERLINDA COSTALES<br>Claimant |
| 18 | DATED: 8/26/08 |
| 19 | RANDALL T. PAGE<br>Attorney for Claimants Rex Costales |
| 20 | and Erlinda Costales |
| 21 | DATED: 8/26/08 |
| 22 | MELICIO COSTALES<br>Claimant |
| 23 | |
| 24 | DATED: 8/26/08 |
| 25 | MICHAEL S. PEDRETTI<br>Attorney for Claimant Melicio Costales |