UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cv02342-LAB(JMA) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF |
| ) | SERVICE |
| v. ) | |
| ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 30220 COOL VALLEY ) | |
| LANE, VALLEY CENTER, CA, AND ) | |
| ALL IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 681 DOUGLAS AVENUE, ) | |
| SAN MARCOS, CA, AND ALL ) | |
| IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ) | |
| ONE RESIDENTIAL PROPERTY ) | |
| LOCATED AT 1228 CORTE BELLO, ) | |
| SAN MARCOS CA, AND ALL ) | |
| IMPROVEMENTS AND ) | |
| APPURTENANCES AFFIXED THERETO,) | |
| ) | |
| Defendants. ) | |
| _____) | |

IT IS HEREBY CERTIFIED that:

   I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the Joint Motion for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Lloyd S. Costales
lloydcostales@plclaw.org

Michael S. Pedretti
mikelaw@jps.net,mikex9@hotmail.com

Timothy M. Ryan
tryan@theryanfirm.com,tkemp@theryanfirm.com

//

1 | I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants in this case:

2

Randall T. Page
Page Lobo and Costales
8989 Rio San Diego Drive, Suite 325
San Diego, CA 92108

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008.

   s/David M. McNees
DAVID M. McNEES