# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CV2342-LAB (JMA) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 30220 COOL VALLEY LANE, VALLEY CENTER, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 681 DOUGLAS AVENUE, SAN MARCOS, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| ONE RESIDENTIAL PROPERTY LOCATED AT 1228 CORTE BELLO, SAN MARCOS, CA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO, | |
| Defendants. | |

The parties have jointly moved to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stating they have reached a settlement and memorializing their settlement in their joint motion. The joint motion is **GRANTED** and this action is **DISMISSED**. The parties

shall each bear their own costs and attorney's fees. The Court does not retain jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERED**.

DATED: August 29, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge